Dismissed and Memorandum Opinion filed December 20, 2007








Dismissed
and Memorandum Opinion filed December 20, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00927-CV

____________

 

JAMES COTTON AND FRONTENAC HOMEOWNERS ASSOCIATION, Appellants

 

V.

 

THOMAS WRIGHT, Appellee

 



 

On Appeal from the
151st District Court

Harris County,
Texas

Trial Court Cause
No. 2007-36154

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 9, 2007.  On December 7, 2007,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 20, 2007.

Panel consists of Justices Fowler, Frost, and Seymore.